## CASES DISPOSED OF BY PER CURIAM ORDER.

LEWIS *v.* BATEMAN, from Washington County. Affirmed. H. S. Ward for plaintiff; A. O. Gaylord for defendant.

TEMPLE *v.* INSURANCE COMPANY,from Pasquotank County. Affirmed.    G. W. Ward and E. F. Aydlett for plaintiff; R. C. Lawrence for defendant.

REDDITT *v.* MANUFACTURING Co., from Pamlico County. Affirmed.    W. W. Clark for plaintiff; Osborne, Maxwell & Keerans, and D. L. Ward, for defendant.

PURYEAR *v.* LUMBER Co., from Craven County. Affirmed. D. L. Ward, L. J. Moore and Simmons, Pou & Ward for plaintiff; Iredell Meares, F. H. Busbee and W. L. Watson for defendant.

POPE *v.* WHITEHEAD, from Nash County. Affirmed. T. T. Thorne for plaintiff; F. S. Spruill for defendant.

JOHNSON *v.* ROGERS, from Vance County. Affirmed. T. T. Hicks for plaintiff; T. M. Pittman for defendant.

BUFFALOE *v.* BUFFALOE, from Wake County. Affirmed. Douglass & Simms for plaintiff; Busbee & Busbee and Argo & Snow for defendant.

GOODWIN *v.* JOHNSON, from Harnett County. Motion of appellee to dismiss defendants' appeal for failure to print, allowed.    Simmons, Pou & Ward for plaintiff; no counsel for defendant.

WHITTED *v.* PARKS, from Wayne County. Affirmed. Aycock & Daniels for plaintiff; Allen & Dortch for defendant.

STATE *v.* BARBEE, from Durham County. Affirmed upon the authority of *State v. Chadbourn,* 80 N. C., 479, and *State v. Yearby,* 82 N. C., 561.    Attorney-General for State; Boone, Bryant & Biggs for defendant.